EXHIBIT A

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*



COPY

JUL 31 2018

CHRIS DEROSE, CLERK
L. COOPER
DEPUTY CLERK

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

STATE FARM FIRE AND CASUALTY
COMPANY, an Illinois Corporation,

        Plaintiff,

vs.

BEVERAGE AIR CORPORATION, a
Delaware corporation; JOHN DOES and
JANE DOES I-V, husbands and wives;
BLACK PARTNERSHIPS I-V; and
WHITE CORPORATIONS I-V,

        Defendants.

ACTION NO:  CV2018-005227

**COMPLAINT**

**(Products Liability/Subrogation)**

**(Designated Tier 3)**

### GENERAL AND FACTUAL ALLEGATIONS

1.      At all times material hereto, Plaintiff State Farm Fire and Casualty Company was an Illinois Insurance Corporation doing business as an insurance carrier in the State of Arizona, and insured Edgar Quintero for the home and personal property at 9429 West Pierson Street, Phoenix, in the County of Maricopa, State of Arizona.  Plaintiff State Farm has incurred or may incur, and/or pay claims, in at least (claims may be increasing the amount owed, claim adjustment may be ongoing) the amount of $464,581.50 ($224,684.21 in structure, $146,799.77 in contents, $35,143.00 in ALE, and $57,954.42 in other coverages) in claim number 03-0451-1V9, caused by the fault of and the unlawful and defective nature of Defendants' products or work, arising out of a fire occurring on or about December 20, 2016, at the above home.  Plaintiff State Farm is legally, contractually and by equity entitled to subrogation rights involving these claim payments, incident and loss under Arizona law.

2.      Beverage Air Corporation, on information and belief, is a Delaware

1    corporation based in Winston Salem, North Carolina, and is or was responsible for the

2    design, sale, manufacture, distribution, and/or marketing of a countertop merchandiser

3    series mini-fridge, Model CT96, and its component parts acquired by State Farm's insured,

4    Edgar Quintero, and used at the home of the insured. At all times material hereto, it

5    designed, made, sold, distributed and/or marketed the mini-fridge and otherwise did

6    business in Maricopa County and the State of Arizona. It has caused events to occur in

7    Maricopa County, Arizona, which form the basis of this lawsuit.

8          3.      The jurisdictional minimum is satisfied and venue and jurisdiction in this

9    Court are proper.

10        4.      On information and belief, sometime before December 20, 2016, the

11    Defendants designed, made, built, sold, advertised, distributed, and/or marketed the above

12    described product(s), and its component parts, which were unlawfully, negligently and/or

13    defectively sold, marketed, designed, advertised, distributed, and/or made, and the

14    product(s) and/or work of the defendants failed, without fault of the Plaintiff or its insured,

15    causing a fire and loss to the home and personal property, causing Plaintiff to suffer

16    damages and loss as outlined above.

17        5.      Investigation and inspection of the property by Plaintiff and its experts

18    indicate that the product(s) and/or work of the defendants may have been unlawfully,

19    negligently and/or defectively designed, advertised, marketed, distributed, made and/or

20    sold and the cause of the damage and injury.

21        6.      Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should

22    be assigned to Tier 3.

23                         COUNT I (Strict Liability)

24        7.      Plaintiff hereby incorporates by reference all other paragraphs of this

25    Complaint as if fully set forth here and further allege as follows.

26        8.      Defendants were and are engaging in the business of designing,

27    manufacturing, producing, testing, inspecting, marketing and selling the product(s). The

28    product(s) were expected to and did reach consumers in Arizona without substantial

1  change in the condition in which they were sold.

2      9.    The product(s) were in a defective condition, and unreasonably dangerous to

3  users, when they left Defendants' possession or control.

4      10.    Arizona consumers used the product(s) in a manner and for a purpose which

5  was and is foreseeable by Defendants.

6      11.    Defendants failed and continue to fail to provide consumers, either directly or

7  indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks

8  and dangers inherent to the product(s).

9      12.    As a direct and proximate result of the defective condition of the product(s),

10  Plaintiff has been damaged.

11  COUNT II (Negligence)

12      13.    Plaintiff hereby incorporates by reference all other paragraphs of this

13  Complaint as if fully set forth here and further alleges as follows.

14      14.    Defendants failed to exercise reasonable care with respect to the design,

15  development, advertising, manufacture, production, testing, inspection, marketing and sale

16  of the product(s) and/or work of the defendants.

17      15.    As a direct and proximate result of Defendants' negligence, Plaintiff has been

18  damaged.

19  COUNT III (Breach of Express Warranties)

20      16.    Plaintiff hereby incorporates by reference all other paragraphs of this

21  Complaint as if fully set forth here and further alleges as follows.

22      17.    Defendants have breached express warranties to consumers in that the

23  product(s) do not perform as expressly represented by Defendants.

24      18.    As a result of Defendants' breach of express warranties, Plaintiff has been

25  damaged.

26  COUNT IV (Breach of Implied Warranties)

27      19.    Plaintiff hereby incorporates by reference all other paragraphs of this

28  Complaint as if fully set forth here and further alleges as follows.

20.     Defendants have breached the implied warranty of merchantability in that the product(s) are defective and not fit for the ordinary purposes for which they are sold, distributed and advertised.

21.     Defendants have breached the implied warranty of fitness for a particular purpose in that the product(s) are defective and not fit for the purposes for which they are sold, distributed and advertised.  Defendants were aware of the particular purposes for which the product(s) were intended and Arizona consumers relied and continue to rely upon Defendants' skill and judgment in deciding to purchase the products described herein.

22.     As a result of Defendants' breach of implied warranties, Plaintiff has been damaged.

WHEREFORE, Plaintiff prays for the following:

1.      Compensatory damages in an amount to be determined at trial;

2.      Special damages in an amount to be determined at trial;

3.      Interest on all special, known, and liquidated damage claims;

3.      Fees and costs;

4.      All other relief the Court deems just and proper.


DATED this _____ day of July, 2018.

THE MOULTON LAW FIRM, P.C.


By: _____

Timothy L. Moulton
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

4

1

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101

2

Scottsdale, Arizona 85251
 (480) 355-5000 / FAX (480) 355-5019

3

Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

4

5

*Attorneys for Plaintiff*

6

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7

### IN AND FOR THE COUNTY OF MARICOPA

8

| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, | **ACTION NO:**   CV2018-005227 |
|---|---|

9

10

| | Plaintiff, | **SUMMONS** |

11

| | vs. | **(Products Liability/Subrogation)** |

12

13

| BEVERAGE AIR CORPORATION, a Delaware corporation; JOHN DOES and JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V, | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |

14

15

16

| | Defendants. | |

17

### THE STATE OF ARIZONA TO:

18

**Beverage Air Corporation**

19

c/o Corporation Service Company
2626 Glenwood Avenue, Ste. 550

20

Raleigh, NC 27105

21

22

  **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court.  If served within Arizona, you shall

23

appear and defend within 20 days after the service of the Summons and Complaint on you, exclusive of the day of service.  If served out of the State of Arizona -whether by direct

24

service, by registered or certified mail, or by publication - you shall appear and defend within 30 days after the service of the Summons and Complaint on you is complete,

25

exclusive of the day of service.  Where process is served on the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State,

26

the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service on the Director. Service by registered or certified mail outside the

27

28

State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court.  Service by publication is complete 30 days after the date of first

publication.  Direct service is complete when made.  Service on the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's return.  **RCP 4; ARS §§ 20-222, 28-502, 29-503.**

**YOU ARE HEREBY NOTIFIED** that in the event of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE HEREBY NOTIFIED** that a copy of the Summons and Complaint may be obtained from the Clerk of the Maricopa County Superior Court located at 201 W. Jefferson St., Phoenix, AZ  85003.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response on the Plaintiff's attorney.  **RCP 10(d); ARS § 12-311; RCP 5.**

**(1) REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY THE PARTY NEEDING ACCOMODATION OR HIS/HER COUNSEL AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED PROCEEDING.  (2) REQUESTS FOR AN INTERPRETER FOR PERSONS WITH LIMITED ENGLISH PROFICIENCY MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY THE PARTY NEEDING THE INTERPRETER AND/OR TRANSLATOR OR HIS/HER COUNSEL AT LEAST TEN (10) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

The name and address of Plaintiff's attorney is:

**Timothy L. Moulton**
**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000

SIGNED AND SEALED this date:  _____



By_____
Clerk of Court

2

1   **THE MOULTON LAW FIRM, P.C.**
    6401 E. Thomas Rd., Suite 101
2   Scottsdale, Arizona 85251
    (480) 355-5000 FAX (480) 355-5019
3   Timothy L. Moulton; No. 010066
    tim@moultonlawoffice.com
4
    *Attorneys for Plaintiff*
5



COPY

JUL 31 2018

CHRIS DEROSE, CLERK
L. COOPER
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

6

## IN AND FOR THE COUNTY OF MARICOPA

7

| | |
|---|---|
| 8   STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, | **ACTION NO:** CV2018-005227 |
| 9                    Plaintiff, | **DEMAND FOR JURY TRIAL** |
| 10 | |
| 11   vs. | |
| 12   BEVERAGE AIR CORPORATION, a Delaware corporation; JOHN DOES and | |
| 13   JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and | |
| 14   WHITE CORPORATIONS I-V, | |
| 15                    Defendants. | |

16

17       Plaintiff, by and through counsel undersigned, pursuant to Rule 38, Arizona Rules of

18   Civil Procedure, hereby demands a trial by jury in the event this matter is not set for

19   compulsory arbitration or an appeal is taken from arbitration.

20       DATED this ___30___ day of July, 2018.

21                                **THE MOULTON LAW FIRM, P.C.**

22

23                    By: _____

24                              Timothy L. Moulton
                                6401 E. Thomas Rd., Suite 101
25                              Scottsdale, Arizona 85251
                                *Attorneys for Plaintiff*
26

27

28

1   **THE MOULTON LAW FIRM, P.C.**
    6401 E. Thomas Rd., Suite 101

2   Scottsdale, Arizona 85251
    (480) 355-5000 FAX (480) 355-5019

3   Timothy L. Moulton; No. 010066
    tim@moultonlawoffice.com

4
    *Attorneys for Plaintiff*

5



*COPY*

JUL 31 2018

CHRIS DEROSE, CLERK
L. COOPER
DEPUTY CLERK

6           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7               **IN AND FOR THE COUNTY OF MARICOPA**

8   STATE FARM FIRE AND CASUALTY          **ACTION NO:**
    COMPANY, an Illinois corporation,
                                          CV2018-005227
9                  Plaintiff,
                                          **CERTIFICATE RE COMPULSORY**
10                                        **ARBITRATION**
    vs.

11

12  BEVERAGE  AIR  CORPORATION,  a
    Delaware corporation; JOHN DOES and

13  JANE  DOES  I-V,  husbands  and  wives;
    BLACK   PARTNERSHIPS   I-V;   and

14  WHITE CORPORATIONS I-V,

15                 Defendants.

16

17          Plaintiff, by and through undersigned counsel, certifies that the largest award sought

18  by the complainant, including punitive damages, but excluding interest, attorneys' fees and

19  costs, **does exceed** the limits set by Local Rule for compulsory arbitration.  This case **is**

20  **NOT subject** to the Rules of Procedure for Arbitration, Ariz.R.Civ.P.

21          DATED this _30_ day of July, 2018.

22                                        **THE MOULTON LAW FIRM, P.C.**

23

24                                        By:

25                                              Timothy L. Moulton
                                                6401 E. Thomas Rd., Suite 101
26                                              Scottsdale, Arizona 85251
                                                *Attorneys for Plaintiff*

27

28

Tag Process Service Inc.
637 S 48th St, 101
Tempe, AZ 85281
(602) 254-3900



COPY

AUG 2 3 2018

CHRIS DEROSE, CLERK
V. CORONADO
DEPUTY CLERK

Superior Court of Arizona
Maricopa County
201 W Jefferson, Phoenix, AZ 85003

State Farm Fire & Casualty Company, an Illinois
coporation,

NO. CV2018-005227

Plaintiff,

**AFFIDAVIT OF SERVICE**

vs.



Beverage Air Corporation, a Delaware
corporation, et al.,

Defendant,
_____/

The undersigned certifies under penalty of perjury:

I received **Summons; Complaint; Demand for Jury Trial; Certificate re Compulsory Arbitration**
from **Moulton Law Firm, P.C.** and served:

**Beverage Air Corporation**

By personally handing a true and accurate copy of the above documents to:

Heather Hughes, Customer Service Representative [x] the defendant [ ] resident spouse
[ ] co-occupant (a person residing within the usual place of abode of suitable age and discretion)

Location of service: **2626 Glenwood Avenue, Ste. 550, Raleigh, NC 27105**

Physical description of person served:

Sex: ___F___ Race: Caucasen Hair Color: brown Height: 5'6" Weight: 220 Age: 40
Other: _____
Date of service: _____8/6/18_____ Time of service: __12:20 pm__
Defendant Marital status: _____ Name of Spouse: _____
Location type: [ ] Residence [x] Business [ ] Place of Employment
Name of employer if POE: _____
Other: _____

[ ] An additional set of documents was left with the person served in the event that the defendant is
married.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the __8__ day of __August__, 2018
x _W. Paul Blair_

Server Name: _W. Paul Blair_
License/Badge #: ____N/A____
County of issuance (if applicable): ____N/A____
Date of service: __8/6/18__
Job ID: 519186
Client/Atty File#:

Fees: $125.00

Sworn to and subscribed before me this
__8__ day of __August__, 2018.
_Rachel Bryant_
Notary Public
My Commission Expires: 3/4/2019

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2019

EXHIBIT B

1   Jeremy C. Johnson, Bar #025203
    Courtney D. Moran, Bar #034064
2   JONES, SKELTON & HOCHULI, P.L.C.
    40 North Central Avenue, Suite 2700
3   Phoenix, Arizona  85004
    Telephone:  (602) 263-4453
4   Fax:  (602) 200-7868
    jjohnson@jshfirm.com
5   cmoran@jshfirm.com
    minuteentries@jshfirm.com
6
    Attorneys for Defendant Beverage Air
7   Corporation

8
                **SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                      **COUNTY OF MARICOPA**
10

11  STATE FARM AND CASUALTY                NO. CV2018-005227
    COMPANY, an Illinois Corporation,
12                                         **NOTICE OF FILING NOTICE OF**
                            Plaintiff,     **REMOVAL**
13
          v.                               (Assigned to the Honorable Margaret
14                                         Mahoney)
    BEVERAGE AIR CORPORATION, a
15  Delaware corporation; JOHN DOES and
    JANE DOES I-V, husbands and wives;
16  BLACK PARTNERSHIPS I-V; and WHITE
    CORPORATION I-V,
17
                            Defendant.
18

19          Defendant Beverage Air Corporation ("Defendant"), by and through undersigned

20  counsel, pursuant to 28 U.S.C. § 1441, *et seq.*, notifies this Court that it filed a Notice of

21  Removal of this action to the United States District Court for the District of Arizona.  A copy of

22  the Notice of Removal (exclusive of exhibits) is attached as **Exhibit A.**

23

24

25

7008723.1

1      DATED this 5th day of September 2018.

2                                JONES, SKELTON & HOCHULI, P.L.C.

3

4                                By /s/ Courtney D. Moran
                                    Jeremy C. Johnson
5                                   Courtney D. Moran
                                    40 North Central Avenue, Suite 2700
6                                   Phoenix, Arizona  85004
                                    Attorneys for Defendant Beverage Air Corporation
7

8   ORIGINAL of the foregoing electronically filed
    this 5th day of September 2018.
9
    COPY of the foregoing mailed/e-mailed
10  this 5th day of September 2018, to:

11  Timothy L. Moulton
    THE MOULTON LAW FIRM, P.C.
12  6401 E. Thomas Rd., Suite 101
    Scottsdale, Arizona 85251
13  Attorneys for Plaintiff

14  /s/  Kelli Huddleston

15

16

17

18

19

20

21

22

23

24

25

26