**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire and Casualty Company, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Beverage Air Corporation, a Delaware corporation;<br><br>Defendants. | **ACTION NO: 2:18-cv-02800-DLR**<br><br>**NOTICE OF DEPOSITION** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Fed. R. Civ. P. 26 and 30, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below.

**PERSON TO BE EXAMINED:**

The person(s) with the most knowledge of the product (countertop merchandiser series mini-fridge, Model CT96) and/or its subcomponents involved in this fire and suit, and the design, making, assembly, distribution, sale and history of the product, and any defects, recalls, issues, problems, redesigns and fires/incidents caused by the product or its subcomponents, and any suits or claims regarding the product or its subcomponents; the person with the most knowledge of the fire that occurred at the home of Edgar Quintero, located at 9429 West Pierson Street, Phoenix, Arizona, on December 20, 2016; the person with the most knowledge of the investigation into this fire incident and suit.

| | |
|---|---|
| DATE AND TIME OF DEPOSITION: | **July 24, 2020, at 11:00 a.m.** |
| PLACE OF DEPOSITION: | **The Moulton Law Firm**<br>6401 East Thomas Road, Ste. 101<br>Scottsdale, AZ 85251<br>**Via Zoom teleconference** |

DATED this 1st day of July, 2020.

**THE MOULTON LAW FIRM, P.C.**

By: _/s/ *Timothy L. Moulton*
Timothy L. Moulton
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2020, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrant:

Jeremy C. Johnson
Alexander R. LaCroix
JONES SKELTON & HOCHULI
40 N. Central Avenue, Ste. 2700
Phoenix, Arizona 85004
*Attorneys for Defendant Beverage Air Corporation*

Jon D. Schneider
Dee R. Giles
SCHNEIDER & ONOFRY, P.C.
365 East Coronado Road
Phoenix, Arizona 85004
*Attorneys for Defendant EMB Corporation, Inc.*

_____